OCFS-1119 (Rev. 4/2024)

**NEW YORK STATE
OFFICE OF CHILDREN AND FAMILY SERVICES
COMMISSION FOR THE BLIND
LOW VISION EVALUATION REPORT**

**THIS SECTION TO BE COMPLETED BY COUNSELOR OR PRIVATE AGENCY CASE MANAGER**

| CLIENT'S NAME: | DATE OF BIRTH: | CLIENT'S ADDRESS: |
|---|---|---|
| JUAN IGARTUA | 6/02/1964 | 2534 Creston Ave., Apt 5H Bronx NY 10468 |
| COUNSELOR'S/CASE MANAGER'S NAME: | OFFICE LOCATION: | |
| Jessica Pagano 718-208-4739 | 665 Pelham Pkwy N. Bronx NY 10467 | |

PROPOSED CLIENT ACTIVITIES *(If known)* OR SPECIFIC COUNSELOR'S CONCERNS: Include relevant information on client's living situation, ability to travel independently, health status, motivational level, etc.

**THIS SECTION TO BE COMPLETED BY LOW VISION SPECIALIST**

| | | | | | |
|---|---|---|---|---|---|
| Constricted ✓ Hemianopic ☐ | Distance | O.D. | Near | O.D. | Diabetic Macular Edema |
| | | O.S. | | O.S. | |
| Full ☐ Scotoma ☐ | | O.U. | | O.U. | |
| Legally Blind? ✓ | | | | | |

**RECOMMENDED OPTICAL DEVICES**

| CODES/FEES | DESCRIPTION | ANTICIPATED VISUAL ACUITY | USE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL: 0

**Narrative Report:** (include information on tasks to be performed, client's acceptance of devices, special conditions required, such as lighting, posture, time restrictions, etc.

Mr. Igartua will not benefit from Glasses or Magnifiers Until Treatment

| DATE OF INITIAL EXAMINATION | DATES OF FOLLOW-UP VISITS | RESULTS OF FOLLOW-UP VISITS: |
|---|---|---|
| 04/12/2021 | | RESULTS OF FOLLOW-UP VISITS: |

SPECIALIST'S NAME AND ADDRESS

Dr. Eleonora Orloff, OD
665 Pelham Pkwy N.
Bx NY 10467

SPECIALIST'S SIGNATURE: *Dr. Eleona Orloff OD*    DATE: 4/12/2021