This tab shows site quality issues, including broken links and server configuration problems.

❌ **Broken links - Some pages contain links that don't work.**

✓ Server configuration - No issues found.

✓ ASP, ASP.NET and PHP script errors - No issues found.

✓ Internet RFCs - No issues found.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

# Priority 1

5 issues on 37 pages

| | | | |
|---|---|---|---|
| 🔴 | This link is broken. The link target could not be loaded due to an HTTP error.<br><br>This is sometimes a temporary problem, but if it persists it indicates a serious problem on your web server. | Broken Link HTTP | 1 pages |
| | Broken link: https://qubenyc.com/wp-content/plugins/leafbridge/public/js/swiper-bundle.min.js?ver=2024.09.18.07.17.54 503 Server Unavailable<br>https://qubenyc.com/categories/tinctures/ | Line 11498 | |
| 🔴 | This link is broken. The page could not be found on the target web server.<br><br>Fixing this depends on how the link became broken:<br><br>• The link has been mistyped and should be fixed<br>• The destination page has moved and the link should be updated<br>• The destination page no longer exists and the link should be removed<br>• A file has been accidentally deleted and should be replaced | Broken Link HTTP 404 | 3 pages |
| | Broken link: https://qubenyc.com/2024/07/11/why-licensed-dispensaries-outshine-bodegas-a-superior-cannabis-experience/ 404 Not Found<br>https://qubenyc.com/tourists-guide-to-legal-cannabis-in-nyc-is-weed-legal-for-visitors/ | Line 1072 | |
| | Broken link: https://qubenyc.com/2024/07/11/discover-the-top-must-see-attractions-for-tourists-in-times-square/ 404 Not Found<br>https://qubenyc.com/tourists-guide-to-legal-cannabis-in-nyc-is-weed-legal-for-visitors/ | Line 1118 | |
| | Broken link: https://qubenyc.com/contact-us/ 404 Not Found<br>https://qubenyc.com/weed-delivery/ | Line 927 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
|  | This link is broken. The target anchor does not exist or is commented out. | Broken Link | 37 pages |

The anchor after the `#` symbol points to a non-existent `id` on the target page. If the anchor link targets the same page nothing will happen when it's clicked. If the anchor link targets another page, then the top of the target page will be displayed instead of the intended location. In most cases the destination anchor has been removed accidentally and should be reinstated.

| `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9` https://qubenyc.com/ | Line 1056 1070 1139 |

| `id=content` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9` https://qubenyc.com/categories/concentrates/ | Line 685 783 826 890 |

| `id=content` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9` https://qubenyc.com/categories/edibles/ | Line 685 783 826 890 |

| `id=content` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9` https://qubenyc.com/categories/flower/ | Line 685 783 826 890 |

| `id=content` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9` https://qubenyc.com/categories/pre_rolls/ | Line 685 783 826 890 |

| `id=content` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9` `id=elementor-` | Line 685 783 826 890 |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/categories/tinctures/ | | |
| | id=content　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/categories/vaporizers/ | Line 685 783 826 890 | |
| | id=content　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9　id=respond https://qubenyc.com/discover-the-top-must-see-attractions-for-tourists-in-times-square/ | Line 723 821 864 978 | |
| | id=content　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9　id=respond https://qubenyc.com/enhancing-your-broadway-experience-with-cannabis-a-guide-to-responsible-enjoyment/ | Line 729 827 870 984 | |
| | id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/shop | Line 802 845 916 | |
| | id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/shop/?strainType=HYBRID%2C | Line 802 845 916 | |
| | id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/shop/?strainType=INDICA%2C | Line 802 845 916 | |
| | id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9　id=elementor- | Line 802 845 916 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/shop/?strainType=INDICA_HYBRID%2C | | |
| | id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/shop/?strainType=SATIVA%2C | Line 802 845 916 | |
| | id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/shop/?strainType=SATIVA_HYBRID%2C | Line 802 845 916 | |
| | id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg1NCIsInRvZ2dsZSI6ZmFsc2V9 https://qubenyc.com/shop/?strainType=TWO_TO_ONE%2C | Line 802 845 916 | |
| | id=content  id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9 id=respond https://qubenyc.com/things-to-do-while-stoned-in-nyc/ | Line 729 827 870 984 | |
| | id=content  id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9 id=respond https://qubenyc.com/top-parking-options-in-times-square-where-to-park-in-nycs-busiest-hub/ | Line 729 827 870 984 | |
| | id=content  id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9 id=respond https://qubenyc.com/tourists-guide-to-legal-cannabis-in-nyc-is-weed-legal-for-visitors/ | Line 725 823 866 980 | |
| | id=content  id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg2OCIsInRvZ2dsZSI6ZmFsc2V9 id=elementor-action:action=popup:open&#38;settings=eyJpZCI6Ijg3NCIsInRvZ2dsZSI6ZmFsc2V9 id=respond https://qubenyc.com/why-licensed-dispensaries-outshine-bodegas-a-superior-cannabis-experience/ | Line 725 823 866 980 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | This issue was found on another 17 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| 🔴 | This link may be broken. The target page has taken a long time to load and timed out. | Broken Link HTTP 504 | 3 pages |
| | This is often a temporary problem, but if the problem persists it indicates network problems or an issue on your web server. | | |
| | Broken link: https://qubenyc.com/wp-content/plugins/leafbridge/public/css/select2.min.css?ver=2024.09.18.07.17.36 https://qubenyc.com/categories/concentrates/ | Line 103 | |
| | Broken link: https://cdnjs.cloudflare.com/ajax/libs/jquery-toast-plugin/1.3.2/jquery.toast.min.js?ver=2024.09.18.07.17.36 https://qubenyc.com/categories/concentrates/ | Line 11685 | |
| | Broken link: https://cdnjs.cloudflare.com/ajax/libs/jquery-toast-plugin/1.3.2/jquery.toast.min.css?ver=2024.09.18.07.18.33 https://qubenyc.com/shop/?strainType=INDICA%2C | Line 113 | |
| 🔴 | This page contains some spelling errors. | | 37 pages |
| | Click the word to add it to the dictionary. Click it again if you want to remove it. | | |
| | overconsumption https://qubenyc.com/ | Line 3441 | |
| | topicals kief indica thc indica https://qubenyc.com/categories/concentrates/ | Line 4034 4082 5984 5998 6068 ... | |
| | topicals gummies dissolvables ayrloom indica https://qubenyc.com/categories/edibles/ | Line 4034 4096 4166 5644 6110 ... | |
| | topicals indica thc indica cbd https://qubenyc.com/categories/flower/ | Line 4034 6390 6404 6474 6502 ... | |
| | topicals indica thc indica cbd https://qubenyc.com/categories/pre_rolls/ | Line 4034 6278 6292 6362 6390 ... | |
| | topicals ayrloom indica thc indica https://qubenyc.com/categories/tinctures/ | Line 4034 5336 5788 5802 5872 ... | |
| | topicals ayrloom dosist indica thc https://qubenyc.com/categories/vaporizers/ | Line 4034 5952 5966 6418 6432 ... | |
| | overconsumption https://qubenyc.com/discover-the-top-must-see-attractions-for-tourists-in-times-square/ | Line 1354 | |
| | budtenders overconsumption rideshare gummies budtenders https://qubenyc.com/enhancing-your-broadway-experience-with-cannabis-a-guide-to-responsible-enjoyment/ | Line 1049 1076 1116 1131 1321 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | topicals ayrloom dosist indica thc<br>https://qubenyc.com/shop | Line 4025 7617 7631 8097 8111 ... | |
| | topicals ayrloom dosist indica thc<br>https://qubenyc.com/shop/?strainType=HYBRID%2C | Line 4025 7617 7631 8097 8111 ... | |
| | topicals ayrloom dosist thc cbd<br>https://qubenyc.com/shop/?strainType=INDICA%2C | Line 4025 7617 7631 8111 8209 ... | |
| | topicals ayrloom dosist thc cbd<br>https://qubenyc.com/shop/?strainType=INDICA_HYBRID%2C | Line 4025 7617 7631 8111 8209 ... | |
| | topicals ayrloom dosist indica thc<br>https://qubenyc.com/shop/?strainType=SATIVA%2C | Line 4025 7617 7631 8097 8111 ... | |
| | topicals ayrloom dosist indica thc<br>https://qubenyc.com/shop/?strainType=SATIVA_HYBRID%2C | Line 4025 7617 7631 8097 8111 ... | |
| | topicals ayrloom dosist indica thc<br>https://qubenyc.com/shop/?strainType=TWO_TO_ONE%2C | Line 4025 7617 7631 8097 8111 ... | |
| | transportive schvitz pierogis overconsumption animatronic<br>https://qubenyc.com/things-to-do-while-stoned-in-nyc/ | Line 1049 1069 1069 1080 1315 ... | |
| | overconsumption<br>https://qubenyc.com/top-parking-options-in-times-square-where-to-park-in-nycs-busiest-hub/ | Line 1384 | |
| | amidst overconsumption<br>https://qubenyc.com/tourists-guide-to-legal-cannabis-in-nyc-is-weed-legal-for-visitors/ | Line 1039 1309 | |
| | topicals cannabinoid budtenders overconsumption<br>https://qubenyc.com/why-licensed-dispensaries-outshine-bodegas-a-superior-cannabis-experience/ | Line 1064 1066 1078 1289 | |

This issue was found on another 17 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.