**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Juan Igartua, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> – vs. – <br><br> Qube USA LLC d/b/a Qube and d/b/a Qube Times Square Dispensary, <br><br> Defendant. | DOCKET NO. 24-cv-7114 (RA) (RFT) <br><br> **NOTICE OF APPEARANCE** |

NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Qube USA LLC.

Dated: October 31, 2024

_/s/ David Stein_
_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant