

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

October 31, 2024

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:    **Igartua v. Qube USA LLC**
              *Case No. 24-cv-7114 (RA) (RFT)*

Dear Judge Abrams:

    We just were retained to represent defendant Qube USA LLC in the above-referenced ADA website accessibility case.  Upon reviewing the docket, we notice that our client's response to the complaint is due today, October 31.  With the gracious consent of opposing counsel, we respectfully request for the first time an extension of time until November 26 to respond to the complaint.  No other dates will be affected if our request is granted.

    We thank the Court for its attention to this matter, and we are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

                                Respectfully submitted,

                                David Stein

cc:  John L. Norinsberg, Esq. (via ECF)