UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUBE USA LLC d/b/a QUBE d/b/a QUBE TIMES SQUARE DISPENSARY,<br><br>Defendant. | No. 24-CV-7114 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 23, 2024, the Court ordered the parties to submit, within forty-five (45) days of service of the summons and complaint, a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *See* ECF No. 5. Furthermore, on October 31, 2024, the Court granted Defendant's request, with Plaintiff's consent, for an extension of time to respond to the complaint until November 26, 2024. To date, Defendant has not filed its response to the complaint, nor have the parties filed a joint letter.

The parties shall submit their joint letter and Defendant shall file its response to the complaint, if any, no later than January 6, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   December 23, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge