**Joseph & Norinsberg LLC**
Fighting for Employee Justice

Downtown Manhattan Office
One World Trade Center, 85th Floor
New York, NY 10007

Midtown Manhattan Office
110 East 59th Street, Suite 2300
New York, New York 10022

Newark Office
One Gateway Center, Suite 2600
Newark, New Jersey 07102

Philadelphia Office
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Boston Office
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

Orlando Office
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

January 6, 2025

**VIA ECF**
Hon. Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 1506
New York, N.Y. 10007-1312
(212) 805-0296

      Re:     ***Igartua v. Qube USA LLC d/b/a Qube Times Square Dispensary***
                  *Case No. 1:24-cv-7114 (RA) (RFT)*
                  ***Joint Status Letter***

Dear Judge Abrams:

      We represent Plaintiff Juan Igartua ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant, Qube USA LLC d/b/a Qube Times Square Dispensary ("Defendant") (collectively, the "Parties"). Together with Defendant's counsel, we submit this joint letter in accordance with this Court's Order issued on December 23, 2024 (ECF Doc. 12).

      Pursuant to this Court's Order, the Parties have conferred on multiple occasions since the Notice of Appearance by Defendant's counsel, David Stein, Esq., was filed on October 31, 2024 (Dkt. 7). During these discussions, the potential resolution of the pending matter has been a central focus. Although we have not yet reached a settlement, there is a reasonable probability that we will be able to do so in the near future.

      We, the undersigned counsel for the Parties respectfully request that this case be referred to the Court's Mediation Program. After conferring in good faith, both Parties believe that mediation would be a constructive and efficient means to resolve the issues at hand. We are hopeful that through mediation, we can reach an amicable resolution that will satisfy all involved parties and potentially avoid the need for further litigation.

7

      We appreciate Your Honor's consideration of this request and are prepared to comply with any procedures and deadlines set forth by the Court regarding mediation.

      Thank you for Your Honor's attention to this matter.

      Sincerely,

      Arjeta Albani, Esq.
      Attorney for Plaintiff
      110 East 59th Street, Suite 2300
      New York, New York 10022
      Tel. No.: Tel: (212) 791-5396
      Fax No.: (212) 406-6890
      Arjeta@employeejustice.com

c.c.

Stein & Nieporent, LLP
David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
New York, NY 10018
(212) 308-3444

7