UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN IGARTUA,

               Plaintiff,

      v.

QUBE USA LLC d/b/a QUBE d/b/a QUBE TIMES SQUARE DISPENSARY,

               Defendant.

No. 24-CV-7114 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    Furthermore, on October 31, 2024, the Court granted Defendant's request for an extension of time to respond to the complaint until November 26, 2024. On December 23, 2024, the Court ordered Defendant to file its answer or response to the complaint no later than January 6, 2025. To date, Defendant has not filed an answer or response, nor has it requested to suspend the deadline. The Court will grant Defendant one final opportunity. No later than January 14, 2025, Defendant shall file an answer or response to the complaint, or, with Plaintiff's consent, it may request to extend or suspend the deadline pending the outcome of the mediation.

SO ORDERED.

Dated:    January 7, 2025
             New York, New York

                                                                   Ronnie Abrams
                                                                   United States District Judge