UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN IGARTUA,

               Plaintiff,

v.

QUBE USA LLC d/b/a QUBE d/b/a QUBE TIMES SQUARE DISPENSARY,

               Defendant.

No. 24-CV-7114 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On September 23, 2024, and again on December 23, 2024, the Court ordered the parties to submit a letter requesting either that the Court refer the case to the Court-annexed Mediation Program or a magistrate judge, and indicate a preference between the two options, or schedule an initial status conference. On January 6, 2025, the parties submitted a letter requesting that the Court refer the matter to mediation. Accordingly, on January 7, 2025, the Court so ordered that this case be referred for mediation and directed the parties to participate in the mediation in good faith. A mediation conference was scheduled for February 24, 2025, but the docket reflects that the conference was not held. No later than March 31, 2025, the parties shall submit a joint letter updating the Court as to the status of the case.

SO ORDERED.

Dated:    March 26, 2025
            New York, New York

                                                                                       Ronnie Abrams
                                                                              United States District Judge