**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Arjeta Albani, Esq.**
arjeta@employeejustice.com

March 31, 2025

**VIA ECF**
Hon. Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 1506
New York, N.Y. 10007-1312
(212) 805-0296

      Re:      ***Igartua v. Qube USA LLC d/b/a Qube Times Square Dispensary***
                  ***Case No. 1:24-cv-7114 (RA) (RFT)***
                  ***Notice of Settlement***

Dear Judge Abrams:

      We represent Plaintiff Juan Igartua ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant, Qube USA LLC, doing business as Qube Times Square Dispensary ("Defendant") (collectively, the "Parties"). With Defendant's consent, we write to inform the Court that the Parties have reached a settlement in principle. In light of the anticipated settlement, we respectfully request that all currently pending deadlines in this action be adjourned *sine die.*

      We thank the Court for its time and attention to this matter.

                                          Sincerely,

                                          _____
                                          Arjeta Albani, Esq.
                                          Attorney for Plaintiff
                                          110 East 59th Street, Suite 2300

New York, New York 10022  
Tel. No.: Tel: (212) 791-5396  
Fax No.: (212) 406-6890  
Arjeta@employeejustice.com

c.c.

Stein & Nieporent, LLP
David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
New York, NY 10018
(212) 308-3444

2